# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

                    Plaintiff,

   v.

                                 Case No. 26-03010-01/02-CR-S-RK

**GARRY CARSON, et al,**

                    Defendant.

## MOTION TO UNSEAL INDICTMENT

The United States of America, by R. Matthew Price, United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, hereby moves the Court to unseal the criminal Indictment in the above referenced matter, for the following reasons:

1. An indictment was filed in this matter on January 27, 2026.

2. The indictment was originally sealed because the defendants were not in custody and the sealing of said indictment could assist in facilitating their arrest by law enforcement personnel.

3. The defendants have made arrangements to self-surrender to law enforcement authorities on February 2, 2026.

4. There is no further necessity to keep this matter sealed.

1

WHEREFORE, the Government respectfully requests an Order from this Court to unseal the indictment.

<div style="margin-left: 50%;">

Respectfully submitted,

R. Matthew Price
United States Attorney

By     */s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney
901 East St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

</div>

2