IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **GARRY CARSON, et al,** <br><br> Defendant. | Case No. 26-03010-01/02-CR-S-RK |

## ORDER TO UNSEAL INDICTMENT

Upon motion of the government, and for good cause shown, the indictment filed in this case on January 27, 2026, is hereby unsealed.

**IT IS SO ORDERED.**

<u>January 29, 2026</u>             *<u>/s/ David P. Rush</u>*
Date                                  DAVID P. RUSH
                                       United States Magistrate Judge